# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:03CR135-2-MU |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| VEDA PORRECA | ) | |
| | ) | |
| | ) | |

**THIS MATTER** is before the Court on Defendant's Motion to Return Defendant to Local Custody. The Court has reviewed Defendant's motion, has considered the facts and circumstances involved, and finds good cause to grant said motion.

**NOW, THEREFORE, IT IS ORDERED** that Defendant's motion is granted and the Court vacates its Order of January 18, 2005, retaining Defendant in custody at Carswell FMC in Forth Worth, Texas. The Court hereby Orders the Bureau of Prisons and U.S. Marshals Office to transport Defendant from Carswell FMC and place her back in local custody in the Charlotte area. The Clerk is ordered to certify copies of this Order to the Bureau of Prisons and the United States Marshal.

**Signed: September 19, 2005**

Graham C. Mullen
Chief United States District Judge