IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:03CR135-3-MU

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| VEDA PORRECA | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court upon its own motion. After post-sentencing argumentation, the Court believes it is necessary for the record to clarify its reasoning concerning a thirty (30) month concurrent sentence issued based on Defendant's probation violation. The Court here clarifies that the issuance of this sentence was based not on a post-<u>Booker</u> analysis or considering the factors listed in 18 U.S.C. § 3553(a), but solely on consideration of the Sentencing Guidelines alone, and treating those Guidelines as mandatory. The record should be should reflect this reasoning.

IT IS SO ORDERED.

**Signed: December 5, 2005**

Graham C. Mullen
Chief United States District Judge