# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:04CR135-2-MU |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| VEDA PORRECA | ) | |
| | ) | |
| | ) | |

**THIS MATTER** is before the Court on Defendant's motion for modification of judgment.

The Court finds for the reasons stated in Defendant's motion that there is good cause to modify the judgment as requested.

**IT IS THEREFORE ORDERED** that the Clerk shall amend this Court's judgment entered December 8, 2005 to delete the recommendation to the Bureau of Prisons that Defendant be designated to Alderson, West Virginia, and substitute in its place the recommendation to the Bureau of Prisons that Defendant be designated to Coleman FCI in Florida.

The Clerk is directed to certify copies of this Order and the Amended Judgment to the United States Attorney, the United States Marshals Service, the U.S. Probation Office, and the Bureau of Prisons.

**IT IS SO ORDERED.**

Signed: May 30, 2006

Graham C. Mullen
United States District Judge