IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:03-CR-135-GCM-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| VEDA ELLEN PORRECA, ) | |
| ) | **ORDER** |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| SERVICE PROFESSIONALS OF ) | |
| FLORIDA, ) | |
| ) | |
| Garnishee. ) | |

**THIS MATTER IS BEFORE THE COURT** on the Government's "Motion For Dismissal Of Order Of Continuing Garnishment" (Document No. 147) filed October 21, 2022. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that the Government's "Motion For Dismissal Of Order Of Continuing Garnishment" (Document No. 147) is **GRANTED**. The Order of Continuing Garnishment (Document No. 145) filed against Defendant in this case is **DISMISSED**.

**SO ORDERED**.

Signed: October 24, 2022

*/s/ David C. Keesler*
David C. Keesler
United States Magistrate Judge